IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JERRY L. ALBERT**, | : CIVIL ACTION NO. 1:05-CV-2380 |
| Plaintiff | : (Judge Conner) |
| v. | : |
| **JEFFREY W. WEAVER** and **RICHARD HEISTER**, | : |
| Defendants | : |

## ORDER

AND NOW, this 23rd day of January, 2007, upon consideration of plaintiff's motion for leave to file an expert report (Doc. 37), requesting permission to file the expert report of Dr. Ronald Lippe as an exhibit in opposition to defendants' motion for summary judgment (Doc. 19), it is hereby ORDERED that:

1. The motion for leave to file an expert report (Doc. 37) is GRANTED.

2. Plaintiff shall be permitted to file the expert report of Dr. Ronald Lippe on or before January 29, 2007.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge